

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00559-CV

Venkateswar Rao **KODATI**,
Appellant

v.

Nagalatha **VINNAKOTA**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02059
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. It is ORDERED that costs of the appeal are taxed against appellant.

SIGNED December 23, 2020.

_____
Rebeca C. Martinez, Justice